

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 2-09-360-CV**

SHERRI SEAY AND MICHAEL SEAY                    APPELLANTS

V.

BARNETT GATHERING, LP                              APPELLEE

----------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]  AND JUDGMENT

----------

We have considered "Appellants' Motion To Dismiss Due To Settlement," requesting that we dismiss the appeal with prejudice. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.   *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MCCOY and GARDNER, JJ.; and DIXON W. HOLMAN (Senior Justice, Retired, Sitting by Assignment).

DELIVERED:  July 29, 2010

---

[1]*See* Tex. R. App. P. 47.4.